People v Bonilla (2024 NY Slip Op 05354)

People v Bonilla

2024 NY Slip Op 05354

Decided on October 30, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 30, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
BARRY E. WARHIT
LILLIAN WAN
DONNA-MARIE E. GOLIA, JJ.

2023-05147
 (Ind. No. 756/2021)

[*1]The People of the State of New York, respondent,
v
Richard Bonilla, appellant.

Samantha Chorny, New York, NY, for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, William H. Branigan, and Ronald Eniclerico of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Queens County (Karen Gopee, J.), rendered May 15, 2023, convicting him of course of sexual conduct against a child in the first degree and criminal sexual act in the first degree (five counts), upon a jury verdict, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant was convicted of course of sexual conduct against a child in the first degree and five counts of criminal sexual act in the first degree in connection with his sexual abuse over the course of several years of the complainant, who viewed the defendant as a father figure.
The defendant's contentions that the counts in the indictment of criminal sexual act in the first degree were duplicitous and that these counts were multiplicitous of the count of course of sexual conduct against a child in the first degree are unpreserved for appellate review (see People v Allen, 24 NY3d 441, 448-450; People v Benn, 210 AD3d 690, 692), and, under the circumstances of this case, we decline to review them in the exercise of our interest of justice jurisdiction (see CPL
470.05[2]; 470.15[3][c]; People v Benn, 210 AD3d 690; People v Denton, 187 AD3d 933, 933-934).
DILLON, J.P., WARHIT, WAN and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court